FILED IN CHAMBERS
U.S.D.C. Rome

NOV 21 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

ROBERT RANDOLPH,

Defendant.

CRIMINAL ACTION
NO. 4:11-Cr-17

O R D E R

This matter comes before the court on the magistrate judge's report and recommendation dated November 2, 2011, and the defendant's objections to that report and recommendation dated November 16, 2011. Because the court concludes that an evidentiary hearing is not necessary, and because the magistrate judge properly addressed the legal and factual issues raised by the defendant in his well-written and researched report and recommendation, the court receives the November 2, 2011, report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 21st day of November, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge